**No. 54115.**—Kaufmann Dep't Stores, Inc. *v.* United States, protest 33290–K (Pittsburgh).

Opinion by FORD, J.   The protest was dismissed.

**No. 54116.**—The May Company *v.* United States, protest 69277–K (Cleveland).

Opinion by FORD, J.   The protest was dismissed.

**No. 54117.**—The E. M. Lohrmann Company *v.* United States, protests 133513–K, etc. (Minneapolis).

Opinion by FORD, J.   The protests were dismissed.

MARCH 8, 1950

**No. 54118.**—David L. Moss Co., Inc. *v.* United States, protests 847304–G, 849987–G, 870826–G, and 881241–G.—Abstract 53979.   (Initial No. 138741–K.)   Plaintiff's application for rehearing granted.